[39 NE3d 473, 17 NYS3d 672]

SHIBY ABRAHAM, as Administrator of the Estate of SHIBU ABRAHAM, Deceased, Appellant, v CHELSEA PIERS MANAGEMENT, INC., Respondent.

Decided September 17, 2015

**APPEARANCES OF COUNSEL**

*Herman Kaufman*, Rye, and *Weitz & Luxenberg, P.C.*, New York City (*Lawrence B. Goldhirsch* of counsel), for appellant.

*Rivkin Radler LLP*, Uniondale (*Cheryl F. Korman* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. The Appellate Division properly concluded, under the circumstances presented here, that the decedent's actions were not foreseeable.

Concur: Chief Judge LIPPMAN and Judges PIGOTT, ABDUS-SALAAM, STEIN and FAHEY; Judge RIVERA taking no part.